**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov

☐  1st  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bernard A. Dorsett    JOINT DEBTOR  Leslie J. Dorsett    CASE NO: 09-18597-JKO
SS#  4191            SS#   2527

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  2  months:

   A.   $ 3,327.50  for months  1  to  1 ;
   B.   $  650.36   for months  2  to  2 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,000.00   TOTAL PAID $  1,000.00
                Balance Due   $ 2000.00  payable $ 2,000.00 /month  (Months  1  to  1 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)]  Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  | ___ To ___ | $ |

Priority Creditors: [including non-dischargeable debts paid 100% in plan]

Priority Creditors :
1. _____  Total due $_____  Payable $_____/month (Months ____ To ____):

Unsecured Creditors: Pay $ 1,025.00 /month (Months  1 ); Pay $ 591.24 /month (Months 2 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: ***Debtors' will surrender to Flagstar Bank and Reflections at Pembroke Pines property located at 1851 NW 96 Terrace, #6-A, Pembroke Pines, FL 33024. Debtors' will also surrender to Indymac Bank and Lee County Tax Collector property located at 1818 NW 8th Place, Cape Coral, FL 33993. Debtors' will also be surrendering to Countrywide Home Loans and The Oaks at Miami Gardens CA, Inc property located at 17602 NW 25 Avenue, #202, Opa Locka, FL 33056. Debtors' will continue to pay Wells Fargo Home Mortgage and Avalon Master for homestead located at 2428 SW 103rd Avenue, Miramar, FL 33025 and Brightstar Credit Union for the 2009 Nissan Murano SL outside the plan.***

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Efrain Cortes o/b/o Bernard A. Dorset      Efrain Cortes o/b/o Leslie J. Dorset
Debtor                                      Joint Debtor
Date: 11/10/09                              Date: 11/10/09

LF-31 (rev. 12/01/02)