UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

BERNARD A. DORSETT
XXX-XX-4191
LESLIE J. DORSETT
XXX-XX-2527

DEBTORS_____/

CASE NO.: 09-18597-BKC-JKO
PROCEEDING UNDER CHAPTER 13

**CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND REQUEST FOR ORDER TERMINATING THE EMPLOYEE WAGE DEDUCTION ORDER, IF APPLICABLE**

**COMES NOW**, Robin R. Weiner, Chapter 13 Trustee in the above styled action and files this Notice of Completed Plan and Request for Order Terminating the Employee Wage Deduction Order, if applicable, and respectfully shows the Court as follows:

The Chapter 13 Trustee has verified the debtor(s) in the above-referenced Chapter 13 case has completed payments under the confirmed plan. The Chapter 13 Trustee respectfully requests that this Court enter an order terminating the Employee Wage Deduction Order, if applicable. The Chapter 13 Trustee's Final Report of Estate will be submitted as soon as practicable after all payments made to creditors have been negotiated and no outstanding disbursements remain.  This case will remain open pending receipt of the Chapter 13 Trustee's Final Report of Estate. Upon submission, an order discharging the Chapter 13 Trustee will be entered in this case.

**Pursuant to Administrative Order 06-11:**

**1. Any debtor seeking entry of a discharge under 11 U.S.C. Section 1328(a) in a case filed on or after October 17, 2005, shall file Local Form LF-97 "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" upon completion of all payments under the Plan.**

**2. The attorney for the debtor (or clerk of court, if the debtor is pro se) shall serve a copy of "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" on all creditors and parties in interest and file a certificate of service with the court.**

3.   If no objections are filed within thirty days afer service of "Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object" and if the debtor is otherwise eligible to receive a discharge, the court may issue a discharge in the case.

Respectfully submitted this  15th day of December, 2009.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: (954) 382-2001
FLORIDA BAR NO.: 861154

Revised 1/07